# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 14, 2016

_____

RESPONSE REQUESTED
_____

No. 16-1051,     <u>Stephen Parson, Sr. v. James Alcorn</u>
3:16-cv-00013-MHL

TO:   Jonathan Duncan Pitchford
Anna Tillie Birkenheier
Christopher Michael Marston
Jack Robert Wilson

**RESPONSE DUE: 01/14/2016, 5:30 P.M.**

An immediate response is required to the emergency motion to a single judge for injunction pending appeal on or before 01/14/2016, no later than 5:30 P.M.

Cathy Poulsen, Deputy Clerk
804-916-2704