FILED: January 14, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1051
(3:16-cv-00013-MHL)
_____

STEPHEN A. PARSON, SR.; LEON BENJAMIN; BRUCE L. WALLER, SR.

   Plaintiffs - Appellants

v.

JAMES B. ALCORN, in his Official Capacity as Chairman of the Virginia State Board of Elections; CLARA BELLE WHEELER, in her Official Capacity as Vice-Chair of the Virginia State Board of Elections; SINGLETON B. MCALLISTER, in her Official Capacity as Secretary of the Virginia State Board of Elections; REPUBLICAN PARTY OF VIRGINIA, INC.

   Defendants - Appellees

_____

O R D E R
_____

  Appellants' emergency motion to a single judge for injunction pending appeal has been referred by the lead judge to the full panel for review. Upon consideration of the motion and the response in opposition, the court denies the motion for injunction pending appeal.

  Entered at the direction of Chief Judge Traxler with the concurrence of Judge King and Judge Wynn.

            For the Court

            /s/ Patricia S. Connor, Clerk